John E. Hearne
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:08-mj-0071 |
| Plaintiff, | ) ) | DISMISSAL; AND ORDER THEREON |
| v. | ) ) | |
| JOHN RUGGIERO, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and in the interest of justice, the following charges against the defendant: count one, charging a violation fo 36 Code of Federal Regulations section 2.4(a)(1)(I) - Possession of a Firearm; and count two, charging a violation of 36 Code of Federal Regulations section 2.4(3)© - Discharging A Firearm; and count three, charging a violation of 36 Code of Federal Regulations section 2.34(a)(4) - Disorderly Conduct.

///

///

///

///

///

1

Respectfully submitted.

Dated: July 10, 2008 .


 /s/   John E. Hearne
John E. Hearne
Legal Officer
NATIONAL PARK SERVICE

**ORDER**

**IT IS SO ORDERED.**


Dated: _____, 2008


_____
The Honorable William M. Wunderlich
U.S. Magistrate Judge
Eastern District of California

IT IS SO ORDERED.

**Dated:   July 14, 2008**              _____/s/  **William M. Wunderlich**_____
                                        UNITED STATES MAGISTRATE JUDGE

2